**Order entered November 15, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00675-CV

### DR. GREGORY MILLIGAN, M.D. AND CHELLSE GAZDA, M.D., Appellants

### V.

### AMBER MAYHEW, KEITH MAYHEW, AND SSF CONSULTING LLC DBA NANNY POPPINZ, Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-05362

### ORDER

Before the Court is appellants' November 11, 2022 second motion to extend time to file their brief. Appellants seek a thirty-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 12, 2022.[1]

/s/      BONNIE LEE GOLDSTEIN
         JUSTICE

---

[1] We note the original deadline for appellants' brief was October 13, 2022. On October 3, 2022, a supplemental reporter's record was filed. The deadline for filing appellants' brief should have been reset to November 2, 2022 but was not.